**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Western Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Schumann, Robert J. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Schumann, Melissa R. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>a/k/a Melissa Gallo; a/k/a Melissa Dore |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all):  7844 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all):  0160 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>1022 Minns Drive, Apt. B<br>Machesney Park, IL 61115 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>1022 Minns Drive, Apt. B<br>Machesney Park, IL 61115 |
| County of Residence or of the<br>Principal Place of Business:     Winnebago | County of Residence or of the<br>Principal Place of Business:     Winnebago |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other _____    ☐ Clearing Bank | | ☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ |

| **Nature of Debts** (Check one box) |
|---|
| ☑ Consumer/Non-Business    ☐ Business |

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b).  See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Robert J. Schumann & Melissa R. Schumann |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location <br> Where Filed: Rockford, Illinois | Case Number: <br> 02 B 73387 | Date Filed: <br> 07/25/2002 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X *Melissa R. Schumann* <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> *12-15-04* <br> Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition. |

**Exhibit B**
((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  *12-15-04*
Signature of Attorney for Debtor(s)     Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

RICHARD T. JONES 6184529
Printed Name of Attorney for Debtor(s)

Richard T. Jones
Firm Name

138 Cass Street
Address

Post Office Box 1693 Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

*12-15-04*
Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver 3.7.0-495 - 31415

FORM B6A
(10/89)

In re  Robert J. Schumann & Melissa R. Schumann

Debtor

Case No.
(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶ 0.00 | |

(Report also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.0-593 - 31415

FORM B6B
(10/89)

Robert J. Schumann & Melissa R. Schumann

In re _____   Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings account<br><br>Harvard Community Credit Union | J | 0.00 |
| | | Checking account<br><br>US Bank | H | 0.00 |
| | | Checking account<br><br>Charter One | H | 0.00 |
| | | Checking account<br><br>US Bank | W | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Rental security deposit<br><br>Landlord's possession | J | 975.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.6-593 - 31415

FORM B6B
(10/89)

In re Robert J. Schumann & Melissa R. Schumann _____    Case No. _____
            Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods and furnishings<br><br>Debtors' possession | J | 2,500.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | Necessary wearing apaprel<br><br>Debtors' possession | J | 300.00 |
| 7.   Furs and jewelry. | | Miscellaneous jewelry<br><br>Debtors' possession | J | 300.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sports equipment<br><br>Debtors' possession | J | 400.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k) plan<br>Rent-A-Center | H | 600.00 |

Bankrupcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-593  -  31415

FORM B6B
(10/89)

Robert J. Schumann & Melissa R. Schumann

In re _____     Case No. _____

_____Debtor_____                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | Monthly Social Security benefits | W | 399.00 |
| | | Monthly VA benefits | H | 574.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Honda CRV subject to lien of Household Automotive Finance<br><br>Debtors' possession | J | 5,417.50 |

FORM B6B
(10/89)

Robert J. Schumann & Melissa R. Schumann

In re _____   Case No. _____
                        Debtor                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1995 Saturn SL2 subject to lien of Harvard Community Credit Union; not running Debtors' possession | J | 50.00 |
| | | 1995 Ford Windstar Debtors' possession | J | 100.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

_____0_____ continuation sheets attached        Total ▶  | $ | 11,615.50

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

**FORM B6C**
(6/90)

Robert J. Schumann & Melissa R. Schumann

In re _____          Case No _____
                    Debtor                                          (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C. §522(b)(1)   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Savings account | (Husb)735 I.L.C.S 5§12-1001(b) (Wife)735 I.L.C.S 5§12-1001(b) | 0.00 0.00 | 0.00 |
| Checking account | (Husb)735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |
| Checking account | (Husb)735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |
| Checking account | (Wife)735 I.L.C.S 5§12-1001(b) | 0.00 | 0.00 |
| Miscellaneous household goods and furnishings | (Husb)735 I.L.C.S 5§12-1001(b) (Wife)735 I.L.C.S 5§12-1001(b) | 1,250.00 1,250.00 | 2,500.00 |
| Necessary wearing apaprel | (Husb)735 I.L.C.S 5§12-1001(a) (Wife)735 I.L.C.S 5§12-1001(a) | 150.00 150.00 | 300.00 |
| Miscellaneous jewelry | (Husb)735 I.L.C.S 5§12-1001(b) (Wife)735 I.L.C.S 5§12-1001(b) | 150.00 150.00 | 300.00 |
| Miscellaneous sports equipment | (Husb)735 I.L.C.S 5§12-1001(b) (Wife)735 I.L.C.S 5§12-1001(b) | 200.00 200.00 | 400.00 |
| 401(k) plan | (Husb)735 I.L.C.S 5§12-1006 | 600.00 | 600.00 |
| Monthly Social Security benefits | (Wife)735 I.L.C.S 5§12-1001(g)(1) | 399.00 | 399.00 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

FORM B6C
(6/90)

In re _Robert J. Schumann & Melissa R. Schumann_____   Case No._____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Monthly VA benefits | (Husb)735 I.L.C.S 5§12-1001(g)(2) | 574.00 | 574.00 |
| 1995 Ford Windstar | (Husb)735 I.L.C.S 5§12-1001(c) | 50.00 | 100.00 |
|  | (Wife)735 I.L.C.S 5§12-1001(c) | 50.00 |  |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-450 - 31415

Form B6D
(12/03)

In re    Robert J. Schumann & Melissa R. Schumann    Case No. _____
_____,
Debtor    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 87844 Harvard Community Credit Union 1200 South Division Street Harvard, Illinois 60033 | | | Lien: Auto loan Security: 1995 Saturn SL2 VALUE $ 50.00 | | | | 7,529.01 | 7,479.01 |
| ACCOUNT NO. 894783 Household Automotive Finance Post Office Box 17904 San Diego, CA 92177 | | | Lien: Auto loan Security: 1997 Honda CRV VALUE $ 5,417.50 | | | | 15,042.74 | 9,625.24 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

0   continuation sheets attached

Subtotal ⟩ $ 22,571.75
(Total of this page)

Total ⟩ $ 22,571.75
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-593 - 31415

Form B6E
(12/03)

In re Robert J. Schumann & Melissa R. Schumann                     , Case No._____
                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-591 - 31415

Form B6F (12/03)

In re __Robert J. Schumann & Melissa R. Schumann__,    Case No. _____
          Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> A-Tec Ambulance, Inc. <br> 198 Thomas Drive <br> Sycamore, IL 60178 | | | Consideration: Medical services | | | | 470.00 |
| ACCOUNT NO. <br><br> American Medical Secur. <br> c/o NCO Financial <br> Post Office Box 8861 <br> Metairie, LA 70010-8861 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br><br> American Medical Secur. <br> Post Office Box 19032 <br> Greenbay, WI 54307-9032 | | | Consideration: Medical services | | | | 556.83 |
| ACCOUNT NO. <br><br> Arnold Law Office <br> Post Office Box 3245 <br> Bloomington, IL 61702-3245 | | | | | | | 108.50 |

__16__ continuation sheets attached

Subtotal ϸ   $   1,135.33
(Total of this page)

Total ϸ   $
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-593 - 21415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____ ,          Case No. _____
Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Associated Imaging Specialists <br> 1121 Lake Cook Road, #M <br> Deerfield, Illinois 60015-5234 | | | Consideration: Medical Services rendered | | | | 16.00 |
| ACCOUNT NO. <br><br> AT&T <br> Post Office Box 57907 <br> Murray, UT 84157 <br> Attn: Bankruptcy Department | | | Consideration: Services rendered | | | | 74.97 |
| ACCOUNT NO. <br><br> AT&T Wireless <br> Post Office Box 8220 <br> Aurora, IL 60572-8220 | | | Consideration: Services rendered | | | | 219.78 |
| ACCOUNT NO. <br><br> Austin Radiology <br> 3712 Greenwood Road <br> Woodstock, Ilinois 60098-8639 | | | Consideration: Medical services | | | | 16.64 |
| ACCOUNT NO. <br><br> Austin Radiology <br> c/o The Bureaus, Inc. <br> 1717 Central Street <br> Evanston, IL 60204 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. __1__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ⑁    $    327.39
(Total of this page)

Total ⑁    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,          Case No. _____
                    **Debtor**                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Blockbuster<br>Post Office Box 695576<br>Cincinnati, OH 45269-5576 | | | Consideration: NSF check | | | | 30.04 |
| ACCOUNT NO.  4106 0820 9133 8452<br><br>Capital One<br>1957 Westmoreland Road<br>Post Office Box 26094<br>Richmond, VA 23260-6094 | | | Consideration: Credit card debt | | | | 385.46 |
| ACCOUNT NO.<br><br>Centegra Mem. Med. Ctr.<br>c/o ACC International<br>919 Estes Court<br>Schaumburg, Illinois 60193-4427 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.  Multiple accounts<br><br>Centegra Memorial Medical Center<br>Post Office Box 1990<br>Woodstock, Illinois 60098 | | | Consideration: Medical services | | | | 611.35 |
| ACCOUNT NO.  Multiple accounts<br><br>Centegra Memorial Medical Center<br>Post Office Box 1990<br>Woodstock, Illinois 60098 | | | Consideration: Medical services | | | | 509.66 |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-593 - 31415

Sheet no. _2_ of _16_  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ | $ | 1,536.51
(Total of this page)
Total ▸ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,   Case No. _____
           Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Charter Communications <br> c/o Credit Protection Assoc. <br> 5618 Odana Road <br> Madison, WI 53719-1924 | | | Consideration: Services rendered | | | | Notice Only |
| ACCOUNT NO. <br><br> Charter Communications <br> Post Office Box 1127 <br> Janesville, WI 53547-1127 | | | Consideration: Services rendered | | | | 267.60 |
| ACCOUNT NO. <br><br> Clark Oil Company <br> 8182 Maryland <br> St. Louis, Missouri 63105 | | | Consideration: NSF checks | | | | 38.48 |
| ACCOUNT NO. <br><br> Clark Oil Company <br> c/o Riddle & Associates <br> Post Office Box 1187 <br> Sandy, UT 84091 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. <br><br> Clark Oil Company <br> c/o Telecheck <br> Post Office Box 17120 <br> Denver, CO 80217 | | | Consideration: NSF checks | | | | Notice Only |

Sheet no. __3__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ᾓ
(Total of this page)     $     306.08

Total ᾓ     $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 51415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,   Case No. _____
Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2712484030<br><br>ComEd<br>2100 Swiss Drive<br>Oak Brook, Illinois 60523<br>Attn.: Revenue Management | | | Consideration: Services rendered | | | | 369.56 |
| ACCOUNT NO.<br><br>Cross Country Bank<br>c/o CCB Credit Services<br>1045 Outer Park Drive<br>Springfield, IL 62704 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. 4227 0937 2556 2254<br><br>Cross Country Bank<br>Post Office Box 310711<br>Boca Raton, FL 33431 | | | Consideration: Credit card debt | | | | 449.32 |
| ACCOUNT NO.<br><br>Dale A. Carlson<br>Attorney at Law<br>35 1/2 North Ayer Street<br>Harvard, Illinois 60033 | | | Consideration: Guardian ad litem fees | | | | 690.00 |
| ACCOUNT NO.<br><br>Dominicks Finer Foods<br>711 Jorie Blvd.<br>Oak Brook, IL 60523-4425 | | | Consideration: NSF checks | | | | 49.73 |

Sheet no. __4__ of _16_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,558.61
(Total of this page)
Total $ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-591 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,      Case No. _____
             **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dominicks Finer Foods<br>c/o Telecheck<br>Post Office Box 17170<br>Denver, CO 80217-1070 | | | Consideration: NSF checks | | | | Notice Only |
| ACCOUNT NO.  7601<br><br>Eco Water<br>6206 Forest Hill Road<br>Loves Park, Illinosi 61111 | | | Consideration: Services rendered | | | | 23.95 |
| ACCOUNT NO.  Multiple accounts<br><br>Family Services<br>5320 West Elm Street<br>McHenry, Illinois 60050 | | | Consideration: Medical services rendered | | | | 470.85 |
| ACCOUNT NO.<br><br>FHN<br>c/o Rockford Mercantile Agency<br>2502 S. Alpine Road<br>Rockford, Illinosi 61108 | | | Consideration: Medical services | | | | 67.71 |
| ACCOUNT NO.  5421 1600 3148 4217<br><br>First Consumers National Bank<br>Post Office Box 922700<br>Norcross, GA 30010-2700 | | | Consideration: Credit card debt | | | | 659.09 |

Sheet no. __5__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)  |  $  |  1,221.60

Total $
(Use only on last page of the completed Schedule F.)  |  $  |

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. - ver. 3.7.0-593 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,        Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Fox Valley Ear Nose & Throat Assoc.<br>1015 Summit Street<br>Elgin, Illinois 60120-4362 | | | Consideration: Medical services | | | | 255.02 |
| ACCOUNT NO.<br>Gran Prix<br>1510 West Galena<br>Freeport, IL 61032 | | | | | | | 106.69 |
| ACCOUNT NO.  Multiple accounts<br>Grolier Books<br>Post Office Box 1704<br>Danbury, CT 06816 | | | Consideration: Book club | | | | 56.82 |
| ACCOUNT NO.<br>Harvard Chiropratic Clinic<br>30 North Ayer<br>Harvard, Illinois 60033 | | | Consideration: Medical services | | | | 198.31 |
| ACCOUNT NO.<br>Harvard Fire Protection Dist.<br>c/o CW Services<br>1500 W. Lincoln Ave.<br>Rochelle, IL 61068-1895 | | | Consideration: Medical services | | | | Notice Only |

Sheet no. _6_ of _16_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ | 616.84
(Total of this page)
Total ▷ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-593 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,                    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Harvard Fire Protection Dist. <br> Post Office Box 263 <br> Harvard, Illinois 60033-0263 | | | Consideration: Medical services | | | | 46.60 |
| ACCOUNT NO. Multiple accounts <br><br> Harvard Memorial Hospital <br> 901 Grant Street <br> Harvard, Illinois 60033 | | | Consideration: Medical services | | | | 1,534.70 |
| ACCOUNT NO. 71546548 <br><br> Heights Finance <br> Post Office Box 176 <br> McHenry, Illinois 60050 | | | Consideration: Loan | | | | 777.91 |
| ACCOUNT NO. Multiple accounts <br><br> Horizons Behavioral Health <br> 970 McHenry Avenue <br> Crystal Lake, Illinois 60014 | | | Consideration: Medical services | | | | 337.27 |
| ACCOUNT NO. <br><br> Hot Topic <br> c/o Telecheck <br> Post Office Box 17120 <br> Denver, CO 80217-0120 | | | Consideration: NSF checks | | | | 213.59 |

Sheet no. __7__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ | 2,910.07 |
| Total $ | $ | |

(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-593 – 31415

Form B6F - Cont
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,          Case No. _____
                        **Debtor**                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jewel Food Stores<br>Post Office Box 1488<br>Melrose Park, IL 60160 | | | Consideration: NSF check | | | | 225.00 |
| ACCOUNT NO.<br><br>Joel Berg<br>Attorney at Law<br>105 1/2 E. Sumner<br>Harvard, Illinois 60033 | | | Consideration: Legal services | | | | 2,669.25 |
| ACCOUNT NO.<br><br>Johnson & Associates<br>Post Office Box 551<br>Fox Lake, Illinois 60021 | | | Consideration: Services rendered | | | | 500.00 |
| ACCOUNT NO.<br><br>Lake/McHenry Pathology Assoc.<br>520 East 22nd Street<br>Lombard, Illinois 60148 | | | Consideration: Medical services | | | | 113.00 |
| ACCOUNT NO.<br><br>Lakeland Surgical Clinic<br>20 North Church Street<br>Elkhorn, WI 53121 | | | Consideration: Medical services | | | | 177.90 |

Sheet no. __8__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 3,685.15
(Total of this page)
Total ▶ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,   Case No. _____
                    **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00888642 <br> MCI <br> Bankruptcy Department <br> 3470 Rider Trails <br> Earth City, MO 63045 | | | Consideration: Services rendered | | | | 86.28 |
| ACCOUNT NO. <br> MCI <br> c/o Park Danson <br> 113 W. 3rd Avenue <br> Gastonia, NC 28053 | | | Consideration: Services rendered | | | | Notice Only |
| ACCOUNT NO. 9417 <br> MDS Investigations, Inc. <br> Post Office Box 309 <br> McHenry, Illinois 60050 | | | Consideration: Services rendered | | | | 110.00 |
| ACCOUNT NO. <br> Mercy Health System <br> c/o Franks, Gerkin & McKenna <br> Post Office Box 5 <br> Marengo, Illinois 60152 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. Multiple accounts <br> MHS Physicians <br> Post Office Box 5081 <br> Janesville, WI 53547-5081 | | | Consideration: Medical services | | | | 4,270.12 |

Sheet no. 9 of 16 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 4,466.40
(Total of this page)
Total $ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-593 - 33415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,
                    **Debtor**

Case No. _____
                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael J. Krol, DDS<br>710 West Brink Street<br>Harvard, Illinois 60033 | | | Consideration: Medical services | | | | 685.15 |
| ACCOUNT NO.<br><br>Michael Karasis, MD<br>Post Office Box 1075<br>Elgin, Illinois 60121 | | | Consideration: Medical services | | | | 33.88 |
| ACCOUNT NO.<br><br>Michael R. Rein, DC<br>1216 N. Seminary Ave.<br>Woodstock, Illinois 60098 | | | Consideration: Medical services | | | | 252.44 |
| ACCOUNT NO.<br><br>Midwest Lakes Medical Ctr.<br>690 Terra Cotta Avenue, #D<br>Crystal Lake, Illinois 60014 | | | Consideration: Medical services | | | | 24.20 |
| ACCOUNT NO.<br><br>Monroe Clinic<br>2009 5th Avenue<br>Monroe, WI 53566 | | | Consideration: Medical services | | | | 30.60 |

Sheet no. __10__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page) | $ | 1,026.27

Total $ (Use only on last page of the completed Schedule F.) | $ |

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 33415

Form B6F - Cont
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,                    Case No. _____
                    **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Neuropsychiatric Assoc.<br>350 W. Kensington Rd., #115<br>Mt. Prospect, IL 60056 | | | Consideration: Medical services | | | | 293.16 |
| ACCOUNT NO.<br><br>Neuropsychiatric Assoc.<br>c/o ACC International<br>919 Estes Court<br>Schaumburg, Illinois 60193-4427 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO.<br><br>Northwest Herald<br>c/o Biehl and Biehl<br>Post Office Box 66415<br>Chicago, Illinois 60666-0415 | | | Consideration: Subscription | | | | Notice Only |
| ACCOUNT NO.<br><br>Northwest Herald<br>Post Office Box 250<br>Crsytal Lake, Illinois 60098 | | | Consideration: Newspaper subscription | | | | 27.00 |
| ACCOUNT NO.<br><br>Old Country Buffet<br>c/o Checkrite<br>Post Office Box 661069<br>Chicago, Illinois 60666-1068 | | | Consideration: NSF checks | | | | Notice Only |

Sheet no. __11__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ‎̂ (Total of this page)    $    320.16

Total ‎̂    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-593 - 31415

Form B6F – Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Old Country Buffet<br>Commons Shopping Center<br>Crystal Lake, Illinois 60014 | | | Consideration: NSF checks | | | | 60.25 |
| ACCOUNT NO.<br>Pick-N-Save<br>c/o AP&R<br>Post Office Box 780<br>Sun Prairie, WI 53590-0780 | | | Consideration: NSF checks | | | | 109.22 |
| ACCOUNT NO.<br>Pick-N-Save<br>c/o Sipsma & Hahn<br>Post Office Box 14417<br>Madison, WI 53714-0417 | | | Consideration: NSF checks | | | | Notice Only |
| ACCOUNT NO.  4559 5126 0048 8366<br>Providian<br>Attn.:  Bankruptcy Dept.<br>Post Office Box 24224<br>Louisville, KY 40224-0224 | | | Consideration: Credit card debt | | | | 287.50 |
| ACCOUNT NO.<br>Providian<br>c/o Risk Management Serv.<br>Post Office Box 4014<br>Reynoldsberg, OH 43068-9014 | | | Consideration: Credit card debt | | | | Notice Only |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-593 - 31415

Sheet no. 12 of 16 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal  $ 456.97
(Total of this page)

Total  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,          Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Readers Digest <br> Post Office Box 5218 <br> Clifton, NJ 07015-5218 | | | Consideration: Subscription | | | | 11.67 |
| ACCOUNT NO. <br><br> Rockford Assoc. of Pathology <br> 1400 Charles Street <br> Rockford, Illinois 61104 | | | Consideration: Medical services | | | | 13.28 |
| ACCOUNT NO. <br><br> Rockford Assoc. of Pathology <br> c/o Mutual Mgt. Services <br> Post Office Box 4777 <br> Rockford, Illinois 61110 | | | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br><br> Sears RCCOC 8602 <br> Post Office Box 3671 <br> Des Moines, Iowa 50322 | | | Consideration: Credit card debt | | | | 868.35 |
| ACCOUNT NO. <br><br> Sears RCCOC 8602 <br> Post Office Box 3671 <br> Des Moines, Iowa 50322 | | | Consideration: Credit card debt | | | | 769.13 |

Sheet no. _13_ of _16_ continuation sheets attached to Schedule of Creditors Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,662.43
(Total of this page)
Total $ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,                    Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Multiple accounts<br><br>Sherman Hospital<br>934 Center Street<br>Elgin, Illinois 60120 | | | Consideration: Medical services | | | | 585.77 |
| ACCOUNT NO.<br><br>Sprint PCS<br>Customer Care<br>Post Office Box 8077<br>London, KY 40742 | | | Consideration: Services rendered | | | | 71.96 |
| ACCOUNT NO.<br><br>St. Joseph Hospital<br>77 North Airlite Street<br>Elgin, Illinois 60123 | | | Consideration: Medical services | | | | 904.11 |
| ACCOUNT NO.<br><br>T Mobile<br>c/o Law Offices of Smith & Assoc.<br>5720 Peachtree Pkwy, #350<br>Norcross, GA 30092 | | | Consideration: Services rendered | | | | Notice Only |
| ACCOUNT NO.<br><br>T Mobile<br>Post Office Box 742596<br>Cincinnati, OH 45274-2596 | | | Consideration: Services rendered | | | | 343.56 |

Sheet no. __14__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷ | $ | 1,905.40
(Total of this page)
Total ▷ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-593 - 31415

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,     Case No. _____
              **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Tanveer Ahmad, MD <br> Post Office Box 1527 <br> Woodstock, Illinois 60098 | | | Consideration: Medical services | | | | 175.00 |
| ACCOUNT NO. <br><br> Telecheck Recovery Serv. <br> c/o GC Services <br> Post Office Box 3026 <br> Houston, TX 77253 | | | Consideration: NSF checks | | | | Notice Only |
| ACCOUNT NO. <br><br> Telecheck Recovery Serv. <br> Post Office Box 17450 <br> Denver, CO 80217 | | | Consideration: NSF checks | | | | 25.00 |
| ACCOUNT NO. <br><br> United Anesthesia Assoc. <br> Post Office Box 646 <br> Elgin, Illinois 60121 | | | Consideration: Medical services | | | | 600.28 |
| ACCOUNT NO. <br><br> Vartec Telecom, Inc. <br> Post Office Box 600607 <br> Jacksonville, IL 32260-0607 | | | Consideration: Services rendered | | | | 7.09 |

Sheet no. __15__ of __16__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ | 807.37
(Total of this page)
Total $ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31445

Form B6F - Cont.
(12/03)

Robert J. Schumann & Melissa R. Schumann

In re _____,        Case No. _____
                 Debtor                                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Verizon<br>c/o CCA<br>Post Office Box 5055<br>Norwell, MA 02061-5055 | | | Consideration: Services rendered | | | | Notice Only |
| ACCOUNT NO.<br><br>Verizon<br>BK Administration<br>404 Brock Drive<br>Bloomington, IL 61701 | | | Consideration: Services rendered | | | | 121.00 |
| ACCOUNT NO.  Multiple<br><br>Walmart Stores, Inc.<br>Post Office Box 2844<br>Tuscaloosa, AL 35403-2844 | | | Consideration: NSF checks | | | | 343.82 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 16 of 16 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $    464.82
(Total of this page)
Total $     $   24,407.40
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

FORM B6G
(10/89)

Robert J. Schumann & Melissa R. Schumann

In re _____     Case No. _____

Debtor                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-591 - 31415

**FORM B6H**
**(6/90)**

In re ___Robert J. Schumann & Melissa R. Schumann_____    Case No._____
                                   Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-593  -  33415

Form B6I
12/03

In re Robert J. Schumann & Melissa R. Schumann ,   Case No._____
        Debtor                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>daughter<br>daughter | AGE<br>7 years<br>1 years |

| Employment: Occupation | DEBTOR | SPOUSE |
|---|---|---|
| | Executive Assistant Mgr. | Disability |
| Name of Employer | Rent-A-Center | |
| How long employed | 3 years | |
| Address of Employer | 2010 North Richmond Rd. | 2010 North Richmond Rd. |
| | McHenry, Ill, 60050 | McHenry, Ill, 60050 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,467.43 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,467.43 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 477.84 | $ 0.00 |
| b. Insurance | $ 421.21 | $ 0.00 |
| c. Union Dues | $ 13.56 | $ 0.00 |
| d. Other (Specify: (D)401(k) ded (173.36) 401(k) loan (95.85) ) | $ 269.21 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,181.82 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,285.61 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify)_____ (S)Social Security disability | $ 0.00 | $ 399.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) (D)VA disability | $ 574.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,859.61 | $ 399.00 |

TOTAL COMBINED MONTHLY INCOME      $ 3,258.61          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31415

FORM B6J
(6/90)

In re _____ ,   Case No. _____
Robert J. Schumann & Melissa R. Schumann
                                    Debtor                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 950.00 |
| Are real estate taxes included?        Yes _____   No ✓ | | |
| Is property insurance included?        Yes _____   No ✓ | | |
| Utilities    Electricity and heating fuel | $ | 200.00 |
|              Water and sewer | $ | 25.00 |
|              Telephone | $ | 110.00 |
|              Other    Disposal/cable | $ | 80.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 500.00 |
| Clothing | $ | 125.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 125.00 |
| Transportation (not including car payments) | $ | 316.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|              Homeowner's or renter's | $ | 0.00 |
|              Life | $ | 0.00 |
|              Health | $ | 0.00 |
|              Auto | $ | 145.00 |
|              Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|              Auto | $ | 0.00 |
|              Other _____ | $ | 0.00 |
|              Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 216.67 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $  2,942.67

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | 3,258.61 |
| B.  Total projected monthly expenses | $ | 2,942.67 |
| C.  Excess income (A minus B) | $ | 315.94 |
| D.  Total amount to be paid into plan each _____ monthly | $ | 315.00 |
|                                              (interval) | | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.0-593 - 31445

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

Robert J. Schumann & Melissa R. Schumann

In re _____   Case No. _____
Debtor                                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 4 | $ 11,615.50 | | |
| C - Property Claimed As Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 22,571.75 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $ 24,407.40 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,258.61 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,942.67 |
| Total Number of Sheets in ALL Schedules ▶ | | 30 | | | |
| Total Assets ▶ | | | 11,615.50 | | |
| Total Liabilities ▶ | | | | 46,979.15 | |

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver. 3.7.6-593 - 31415

Official Form 6-Cont.
(12/03)

In re    Robert J. Schumann & Melissa R. Schumann                                Case No. _____
                                                          ,
                          Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____31_____

sheets and that they are true and correct to the best of my knowledge, information and belief.        (Total shown on summary page plus 1)

Date _____12-15-04_____                    Signature _____
                                                                    Debtor

Date _____12-15-04_____                    Signature _Melissa R. Schumann_
                                                                 (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                      (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    _____
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy2004 ©1991-2004, New Hope Software, Inc., ver 3.7.0-599 - 31415

Form 7
(12/03)

# FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In Re   Robert J. Schumann & Melissa R. Schumann           Case No. _____

(Name)

Debtor                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.   Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE (if more than one)

2004(H)    38,141.71    Employment                        FY: 01/01/04 to 12/15/04

Bankruptcy2004 ©1991-2004, New Hope Software, Inc. ver. 3.7.0-593 - 31415

| AMOUNT | | SOURCE (if more than one) | |
|---|---|---|---|
| 2003(H) | 34,059.96   Employment | | FY: 01/01/03 to 12/31/03 |
| 2002(H) | | | |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2004(W) | |
| 2003(W) | |
| 2002(W) | |

**2.   Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.   Payments to Creditors**

None
☒

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  
☐  a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Mercy Health Systems vs. Schumann; Case No.; 04 SC 1945 | Small claims | 19th Judicial Circuit, McHenry County, IL | Pending |

None  
☒  b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  
☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None  
☒  a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☒ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND<br>ADDRESS OF OWNER | DESCRIPTION AND<br>VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six- year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.      If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___12-15-04___   Signature of Debtor _____
ROBERT J. SCHUMANN

Date ___12-15-04___   Signature of Joint Debtor _____
MELISSA R. SCHUMANN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No.
(Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

___0___ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re   Robert J. Schumann & Melissa R. Schumann   ,

                              Debtor

Case No. _____

Chapter   _____13_____

# DISCLOSURE OF COMPENSATION -- Rule 2016 (b)

    1.  Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-names debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is $2,700.00.

    2.  The source of the compensation paid, or to be paid to me was the debtor.

    3.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date _ /2/15-/  /Signature   _____

                                            Richard T. Jones, Bar No.

Richard T. Jones
Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

A-Tec Ambulance, Inc.
198 Thomas Drive
Sycamore, IL 60178

American Medical Secur.
c/o NCO Financial
Post Office Box 8861
Metairie, LA 70010-8861

American Medical Secur.
Post Office Box 19032
Greenbay, WI 54307-9032

Arnold Law Office
Post Office Box 3245
Bloomington, IL 61702-3245

Associated Imaging Specialists
1121 Lake Cook Road, #M
Deerfield, Illinois 60015-5234

AT&T
Post Office Box 57907
Murray, UT 84157
Attn: Bankruptcy Department

AT&T Wireless
Post Office Box 8220
Aurora, IL 60572-8220

Austin Radiology
3712 Greenwood Road
Woodstock, Illinois 60098-8639

Austin Radiology
c/o The Bureaus, Inc.
1717 Central Street
Evanston, IL 60204

Blockbuster
Post Office Box 695576
Cincinnati, OH 45269-5576

Capital One
1957 Westmoreland Road
Post Office Box 26094
Richmond, VA 23260-6094

Centegra Mem. Med. Ctr.
c/o ACC International
919 Estes Court
Schaumburg, Illinois
60193-4427

Centegra Memorial Medical Center
Post Office Box 1990
Woodstock, Illinois 60098

Charter Communications
c/o Credit Protection Assoc.
5618 Odana Road
Madison, WI 53719-1924

Charter Communications
Post Office Box 1127
Janesville, WI 53547-1127

Clark Oil Company
8182 Maryland
St. Louis, Missouri 63105

Clark Oil Company
c/o Riddle & Associates
Post Office Box 1187
Sandy, UT 84091

Clark Oil Company
c/o Telecheck
Post Office Box 17120
Denver, CO 80217

ComEd
2100 Swiss Drive
Oak Brook, Illinois 60523
Attn.: Revenue Management

Cross Country Bank
c/o CCB Credit Services
1045 Outer Park Drive
Springfield, IL 62704

Cross Country Bank
Post Office Box 310711
Boca Raton, FL 33431

Dale A. Carlson
Attorney at Law
35 1/2 North Ayer Street
Harvard, Illinois 60033

Dominicks Finer Foods
711 Jorie Blvd.
Oak Brook, IL 60523-4425

Dominicks Finer Foods
c/o Telecheck
Post Office Box 17170
Denver, CO 80217-1070

Eco Water
6206 Forest Hill Road
Loves Park, Illinosi 61111

Family Services
5320 West Elm Street
McHenry, Illinois 60050

FHN
c/o Rockford Mercantile
Agency
2502 S. Alpine Road
Rockford, Illinosi 61108

First Consumers National Bank
Post Office Box 922700
Norcross, GA 30010-2700

Fox Valley Ear Nose & Throat Assoc.
1015 Summit Street
Elgin, Illinois 60120-4362

Gran Prix
1510 West Galena
Freeport, IL 61032

Grolier Books
Post Office Box 1704
Danbury, CT 06816

Harvard Chiropratic Clinic
30 North Ayer
Harvard, Illinois 60033

Harvard Community Credit
Union
1200 South Division Street
Harvard, Illinois 60033

Harvard Fire Protection Dist.
c/o CW Services
1500 W. Lincoln Ave.
Rochelle, IL 61068-1895

Harvard Fire Protection Dist.
Post Office Box 263
Harvard, Illinois 60033-0263

Harvard Memorial Hospital
901 Grant Street
Harvard, Illinois 60033

Heights Finance
Post Office Box 176
McHenry, Illinois 60050

Horizons Behavioral Health
970 McHenry Avenue
Crystal Lake, Illinois 60014

Hot Topic
c/o Telecheck
Post Office Box 17120
Denver, CO 80217-0120

Household Automotive Finance
Post Office Box 17904
San Diego, CA 92177

Jewel Food Stores
Post Office Box 1488
Melrose Park, IL 60160

Joel Berg
Attorney at Law
105 1/2 E. Sumner
Harvard, Illinois 60033

Johnson & Associates
Post Office Box 551
Fox Lake, Illinois 60021

Lake/McHenry Pathology Assoc.
520 East 22nd Street
Lombard, Illinois 60148

Lakeland Surgical Clinic
20 North Church Street
Elkhorn, WI 53121

MCI
Bankruptcy Department
3470 Rider Trails
Earth City, MO 63045

MCI
c/o Park Danson
113 W. 3rd Avenue
Gastonia, NC 28053

MDS Investigations, Inc.
Post Office Box 309
McHenry, Illinois 60050

Mercy Health System
c/o Franks, Gerkin & McKenna
Post Office Box 5
Marengo, Illinois 60152

MHS Physicians
Post Office Box 5081
Janesville, WI 53547-5081

Michael J. Krol, DDS
710 West Brink Street
Harvard, Illinois 60033

Michael Karasis, MD
Post Office Box 1075
Elgin, Illinois 60121

Michael R. Rein, DC
1216 N. Seminary Ave.
Woodstock, Illinois 60098

Midwest Lakes Medical Ctr.
690 Terra Cotta Avenue, #D
Crystal Lake, Illinois 60014

Monroe Clinic
2009 5th Avenue
Monroe, WI 53566

Neuropsychiatric Assoc.
350 W. Kensington Rd., #115
Mt. Prospect, IL 60056

Neuropsychiatric Assoc.
c/o ACC International
919 Estes Court
Schaumburg, Illinois
60193-4427

Northwest Herald
c/o Biehl and Biehl
Post Office Box 66415
Chicago, Illinois 60666-0415

Northwest Herald
Post Office Box 250
Crsytal Lake, Illinois 60098

Old Country Buffet
c/o Checkrite
Post Office Box 661069
Chicago, Illinois 60666-1068

Old Country Buffet
Commons Shopping Center
Crystal Lake, Illinois 60014

Pick-N-Save
c/o AP&R
Post Office Box 780
Sun Prairie, WI 53590-0780

Pick-N-Save
c/o Sipsma & Hahn
Post Office Box 14417
Madison, WI 53714-0417

Providian
Attn.: Bankruptcy Dept.
Post Office Box 24224
Louisville, KY 40224-0224

Providian
c/o Risk Management Serv.
Post Office Box 4014
Reynoldsberg, OH 43068-9014

Readers Digest
Post Office Box 5218
Clifton, NJ 07015-5218

Rockford Assoc. of Pathology
1400 Charles Street
Rockford, Illinois 61104

Rockford Assoc. of Pathology
c/o Mutual Mgt. Services
Post Office Box 4777
Rockford, Illinois 61110

Sears RCCOC 8602
Post Office Box 3671
Des Moines, Iowa 50322

Sherman Hospital
934 Center Street
Elgin, Illinois 60120

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742

St. Joseph Hospital
77 North Airlite Street
Elgin, Illinois 60123

T Mobile
c/o Law Offices of Smith & Assoc.
5720 Peachtree Pkwy, #350
Norcross, GA 30092

T Mobile
Post Office Box 742596
Cincinnati, OH 45274-2596

Tanveer Ahmad, MD
Post Office Box 1527
Woodstock, Illinois 60098

Telecheck Recovery Serv.
c/o GC Services
Post Office Box 3026
Houston, TX 77253

Telecheck Recovery Serv.
Post Office Box 17450
Denver, CO 80217

United Anesthesia Assoc.
Post Office Box 646
Elgin, Illinois 60121

Vartec Telecom, Inc.
Post Office Box 600607
Jacksonville, IL 32260-0607

Verizon
c/o CCA
Post Office Box 5055
Norwell, MA 02061-5055

Verizon
BK Administration
404 Brock Drive
Bloomington, IL 61701

Walmart Stores, Inc.
Post Office Box 2844
Tuscaloosa, AL 35403-2844

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re   Robert J. Schumann & Melissa R. Schumann _____ ,
                            Debtor

Case No. _____

Chapter   _____13_____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 3 pages, is true, correct and complete to the best of my knowledge.

Date   _____12-15-04_____      Signature
                              of Debtor      _____
                                             ROBERT J. SCHUMANN

Date   _____12-15-04_____      Signature
                              of Joint Debtor   _____
                                                MELISSA R. SCHUMANN

Richard T. Jones
Richard T. Jones
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229