# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT J. SCHUMANN & MELISSA R. SCHUMANN           Case Number: 04-76223
        1022 MINNS DRIVE, APT. B                SSN-xxx-xx-7844 & xxx-xx-0160
        MACHESNEY PARK, IL  61115

Case filed on: 12/17/2004
Plan Confirmed on: 5/13/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $16,660.10          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 004 | AMERICAN MEDICAL SECUR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RIDDLE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TELECHECK SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CCB, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TRS RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | HARVARD FIRE PROTECTION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | FRANKS GERKIN MCKENNA PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | BIEHL & BIEHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | CHECKRITE | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | SIPSMA & HAHN | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | RISK MANAGEMENT SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | LAW OFFICES OF SMITH & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ATTORNEY DARIN R. DOAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT J. SCHUMANN | 0.00 | 0.00 | 106.85 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 106.85 | 0.00 |
| 001 | HARVARD COMMUNITY CREDIT UNION | 50.00 | 50.00 | 50.00 | 5.83 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 8,850.00 | 8,850.00 | 8,850.00 | 1,213.47 |
|  | Total Secured | 8,900.00 | 8,900.00 | 8,900.00 | 1,219.30 |
| 001 | HARVARD COMMUNITY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 2,158.00 | 2,158.00 | 491.35 | 0.00 |
| 003 | A-TEC AMBULANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN MEDICAL SECUR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ARNOLD LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASSOCIATED IMAGING SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AT&T CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CINGULAR WIRELESS | 476.27 | 476.27 | 108.44 | 0.00 |
| 010 | AUSTIN RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CENTEGRA MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CENTEGRA MEMORIAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CHARTER COMMUNICATIONS | 267.60 | 267.60 | 60.93 | 0.00 |
| 019 | CLARK OIL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | COMED CO | 531.61 | 531.61 | 121.04 | 0.00 |
| 024 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | DALE A. CARLSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | DOMINICKS FINER FOODS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECO WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | FAMILY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | | | | | |
|---|---|---:|---:|---:|---:|
| 032 | FOX VALLEY EAR NOSE & THROAT ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | GRAN PRIX | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | GROLIER BOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | HARVARD CHIROPRACTIC CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | HARVARD FIRE PROTECTION DIST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | HARVARD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | HEIGHTS FINANCE | 582.99 | 582.99 | 132.74 | 0.00 |
| 040 | HORIZONS BEHAVIORAL HEALTH | 451.90 | 451.90 | 102.89 | 0.00 |
| 041 | TELECHECK SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | JEWEL FOOD STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | JOEL BERG | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | JOHNSON & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | LAKE/MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | LAKELAND SURGICAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MDS INVESTIGATIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MICHAEL KROL, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MICHAEL KARASIS, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MICHAEL R. REIN, DC | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | MIDWEST LAKES MEDICAL CTR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | NEUROPSYCHIATRIC ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NORTHWEST HERALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | OLD COUNTRY BUFFET | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | ASSET PROTECTION & RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | READER'S DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | ROCKFORD ASSOCIATED PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | SEARS ROEBUCK & CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | ST. JOSEPHS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | T-MOBILE | 343.56 | 343.56 | 78.23 | 0.00 |
| 077 | TANVEER AHMAD MC PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | TELECHECK RECOVERY SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | UNITED ANESTHESIA ASSOCIATES SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | VARTEC TELECOM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | AFNI/VERIZON | 1,199.81 | 1,199.81 | 273.18 | 0.00 |
| 084 | FRIEDMAN & WEXLER LLC #91761 | 418.82 | 418.82 | 95.36 | 0.00 |
| 086 | FRANKS GERKIN MCKENNA PC | 5,501.10 | 5,501.10 | 1,252.53 | 0.00 |
| 087 | THE BUREAUS INC | 255.02 | 255.02 | 58.07 | 0.00 |
| 088 | STATE COLLECTIONS | 508.69 | 508.69 | 115.81 | 0.00 |
| | Total Unsecured | 12,695.37 | 12,695.37 | 2,890.57 | 0.00 |
| | Grand Total: | 24,095.37 | 24,095.37 | 14,397.42 | 1,219.30 |

Total Paid Claimant:   $15,616.72
Trustee Allowance:   $1,043.38
Percent Paid Unsecured:   22.77

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009         By  /s/Heather M. Fagan